IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVITAE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-669 (GBW) |
| | ) | |
| NATERA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| INVITAE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1635 (GBW) |
| | ) | |
| NATERA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

Please take notice that Ariella C. Barel and Eliza P. Strong, attorneys of record for Defendant Natera, Inc., are now affiliated with the law firm of GROOMBRIDGE, WU, BAUGHMAN & STONE LLP. Ms. Barel and Ms. Strong's new contact information is as follows:

Ariella C. Barel
Eliza P. Strong
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
60 East Mountain Road South
Cold Spring, NY 10516
(332) 269-0030
ariella.barel@groombridgewu.com
eliza.strong@groombridgewu.com

The law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP remain counsel of record for Defendant.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Derek J. Fahnestock*

                                      Karen Jacobs (#2881)
                                      Brian P. Egan (#6227)
                                      Derek J. Fahnestock (#4705)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      kjacobs@morrisnichols.com
                                      began@morrisnichols.com
                                      dfahnestock@morrisnichols.com

                                      *Attorneys for Defendant Natera, Inc.*

December 8, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 8, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Yi Zhang, Esquire<br>Barry Zhang, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)