# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVITAE CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 21-cv-669-GBW |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| NATERA, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| INVITAE CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 21-cv-1635-GBW |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| NATERA, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ordered that:

1.      Invitae Corporation's Motion for Leave to File a Surreply in Opposition to Motion to Strike Certain Opinions of Dr. Dan E. Krane (the "Motion") is GRANTED.

2.      Invitae Corporation shall file the proposed surreply attached as Exhibit 1 to the Motion within 3 days of this Order.

_____
The Honorable Gregory B. Williams